UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
IN TACOMA

| | |
|---|---|
| NSC Atlantic Trading GMBH & CIE. KG<br><br>Plaintiff,<br>v.<br><br>SIVA BULK SHIPPING DMCC<br><br>Defendant,<br><br>and<br><br>MASTER OF THE M/V PRASLIN, IMO 9544750<br><br>and<br><br>WILHELMSEN SHIP SERVICE, INC.<br><br>Garnishees. | IN ADMIRALTY<br><br>Case No.<br><br><br>DECLARATION OF<br>BUCK FOWLER |

I, Buck Fowler, pursuant to 28 U.S.C. § 1746, upon my personal knowledge, information and belief, certifies as follows:

1. I am the Managing Member of Marine Lenders Services, LLC with offices at 5350 30th Avenue NW, Suite C, Seattle, Washington 98107. I have experience as vessel owner, operator, and broker, and have served as the U.S. Marshal's substitute custodian for vessels under arrest in this District.

DECLARATION OF BUCK FOWLER - 1

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

2. I have read Local Admiralty Rule 135 pertaining to the custody of property and am familiar with its provisions.

3. I am not party to this action and have no interest in the outcome of this action.

4. I am also familiar with the PRASLIN vessel, at least to the extent of its size, type, construction material, and apparent condition, and have access to adequate facilities and supervision for and can safely make arrangements for bunker removal and keep the same in place of the United States Marshal during the pendency of suit herein and until further Order of the Court, and in this regard, will perform normal and customary custodial services, including attending mooring lines, bilge pumping as necessary, and providing locks and security, during the custodianship at a charge of 1,500 for the first 10 days and $500 / day for subsequent days, 10 day minimum, plus $7,700 for insurance covering the first twelve months of custody. There will be an arrest fee not to exceed $3,250 plus expenses.

5. The total charge for said services will be less than those charged by the United States Marshal for providing such services through professional keepers. I will provide these services in order to safeguard and protect the vessel, or minimize expenses and/or maximize the sale price of the vessel. In the event the vessel needs to be moved to remove the bunkers, I will notify the U.S. Marshal's office prior to movement and when she has been secured.

6. I am the named beneficiary on a marine general insurance policy issued by Great American Insurance Co. (Policy No. CL1932503366) with limits of $2,000,000 for damage sustained by third parties due to negligence committed during said custody, and plaintiff further agrees to hold harmless and indemnify the United States and the United

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

7. Further, I agree to accept substitute custodianship of the bunkers, in accordance with the order appointing substitute custodian.

I certify under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Executed this 28 day of JUNE, 2019, at Seattle, Washington.

_____
Buck Fowler, Managing Member, Marine Lenders Services, LLC

DECLARATION OF BUCK FOWLER - 3

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289