FILED ___ LODGED
___ RECEIVED
JUL 0 1 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| NSC Atlantic Trading GMBH & CIE. KG<br><br>Plaintiff,<br>v.<br><br>SIVA BULK SHIPPING DMCC<br><br>Defendant,<br><br>and<br><br>MASTER OF THE M/V PRASLIN, IMO 9544750<br><br>and<br><br>WILHELMSEN SHIP SERVICE, INC.<br><br>Garnishees. | IN ADMIRALTY<br><br>CASE NO.: 3:19-cv-05596-RBL<br><br>ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |

Plaintiff having moved, pursuant to Fed. R. Civ. P. Rule 4(c)(2), for an Order appointing John E. Casperson or any other qualified person appointed by him to serve process of maritime attachment and garnishment, and any supplemental process in this matter, on all garnishees named herein, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is ORDERED, that John E. Casperson or any other person at least 18 years of age, and not a party to this action, appointed by John E. Casperson be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint.

Dated this  1st  day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

**Presented by:**

HOLMES WEDDLE & BARCOTT, PC

_/s/John E. Casperson_
Attorneys for Plaintiff
John E. Casperson, WSBA No. 14292
999 Third Avenue, Suite 2600
Seattle, WA 98104-4011
Fax: 206-340-0289
Email: jcasperson@hwb-law.com

G:\827\16583 - JEC\PRASLIN\Order for service.docx