```
┌─────────────────────────────────┐
│ ──── FILED ──── LODGED          │
│ ──────── RECEIVED               │
│                                 │
│         JUL 0 1 2019            │
│                                 │
│        CLERK U.S. DISTRICT COURT │
│ WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│ BY                      DEPUTY  │
└─────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

NSC ATLANTIC TRADING GMBH
& CIE. KG,

    Plaintiff,

v.

SIVA BULK DMCC,

    Defendant,

and

WILHELMSEN SHIP SERVICE, INC.

The Master of the M/V PRASLIN,

    Garnishees.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.:   3:19-cv-05596-RBL

**IN ADMIRALTY**

[PROPOSED] ORDER APPOINTING
SUBSTITUTE CUSTODIAN AND
AUTHORIZING OFFLOADING OF
BUNKERS AND ANY OTHER
PERSONAL PROPERTY OF
DEFENDANT

      Upon the application of Plaintiff NSC ATLANTIC TRADING GMBH & CIE EG

for an order appointing Marine Lenders Services, LLC through its managing member

ORDER APPOINTING SUBSTITUTE CUSTODIAN - 1
Case No.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Buck Fowler, Jr. as substitute custodian, in lieu of the U.S. Marshal in this case, and supported by the Certification of Buck Fowler, and good cause appearing,

NOW THEREFORE, IT IS HEREBY ORDERED:

i.     Plaintiff's application is granted.

ii.    The bunkers of the vessel M/V PRASLIN (the "Bunkers") have been or will be attached by the U.S. Marshal.

iii.   Upon the attachment of the Bunkers, Marine Lenders Services is hereby appointed to act as substitute custodian on behalf of this Court, in place and instead of the U.S. Marshal, until further order of this Court.

iv.    Marine Lenders Services has expertise in the assessment and removal of Bunkers, and its fees and expenses will be less than those of the U.S Marshall.

v.     Marine Lenders Services has no interest in the outcome of this lawsuit.

vi.    The Vessel shall not be removed from the Port of Tacoma, except the Bunkers be removed and transferred to the substitute custodian, or its agent, for safekeeping, or as expressly ordered by the Court.

vii.   Marine Lenders Services, LLC has obtained legal liability insurance through Great American Insurance and Marine Policy with policy limits of not less than $2,000,000 which is expected to be adequate to respond in damages for loss of or injury to the Bunkers, or for damages sustained by third parties due to any acts, faults or negligence of the substitute custodian. This insurance meets the requirements of LAR 135(c).

viii.  In consideration of the U.S, Marshal's consent to the appointment of Marine Lenders Services, LLC as substitute custodian, plaintiff agrees to release the U.S Marshal from any and all liability and responsibility

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

arising out of the care and custody of the Bunkers and agrees to indemnify and hold the U.S. Marshal harmless from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping of the vessel.

ix.    Marine Lenders Services, LLC has agreed to accept custody of the Bunkers and will safely keep the property in accordance with the terms of this Order for the duration of its appointment as substitute custodian.

x.    Upon the attachment of the Bunkers, the U.S. Marshal is authorized and directed to surrender custody of the Bunkers to Marine Lenders Services, LLC as substitute custodian herein, and that upon such surrender, the U.S. Marshal shall be discharged from his duties and responsibilities for the safekeeping of the Bunkers and held harmless from any and all claims arising out of said custodial services.

xi.    Marine Lenders Services, LLC, as substitute custodian, shall see to and be responsible for the safekeeping of the Bunkers, and shall be allowed to enter onto the M/V PRASLIN (the "Vessel") at any time for the measurement, inspection, evaluation or transfer of the Bunkers.

xii.    Marine Lenders Services, LLC, as substitute custodian, may retain such experts as may be required to board the Vessel and evaluate the amount, condition and makeup of the Bunkers, and advise regarding the transfer of the Bunkers off of the Vessel.

xiii.    That subject to final approval by the Court, all fees, costs and expenses incurred by plaintiff or the substitute custodian pursuant to the terms of this Order shall be deemed administrative expenses of the U.S. Marshal.

ORDER APPOINTING SUBSTITUTE CUSTODIAN - 3
Case No.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

xiv. That plaintiff's attorney shall send a copy of this Order to the owner of the Vessel at the last address known by plaintiff.

xv. All crew members may remain on board the Vessel and continue to operate and maintain all ship systems pending further order of this Court.

DATED this _____ day of July, 2019.

_____

UNITED STATES DISTRICT JUDGE/~~MAGISTRATE~~

PRESENTED BY:

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Plaintiff Coastal Transportation, Inc.

_/s/John E. Casperson_
John E. Casperson, WSBA No. 14292
999 Third Avenue, Suite 2600
Seattle, WA 98104-4011
Fax: 206-340-0289
Email: jcasperson@hwb-law.com

G:\827\16583 - JEC\PRASLIN\Order.Subst Custodian.docx

ORDER APPOINTING SUBSTITUTE CUSTODIAN - 4
Case No.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289