THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
IN TACOMA

| | |
|---|---|
| NSC ATLANTIC TRADING GMBH & CIE. KG<br><br>            Plaintiff,<br><br>    v.<br><br>SIVA BULK DMCC<br><br>            Defendant,<br><br>and<br><br>MASTER OF THE M/V PRASLIN, IMO 9544750<br><br>and<br><br>WILHELMSEN SHIP SERVICE, INC.<br><br>            Garnishees. | IN ADMIRALTY<br><br>Case No.   3:19-cv-05596-RBL<br><br>MOTION FOR ORDER DEPUTIZING BUCK FOWLER TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WARRANT OF ATTACHMENT OF BUNKERS ABOARD THE PRASLIN |

Plaintiff, NSC ATLANTIC TRADING GMBH & CIE. KG hereby moves for an order deputizing Buck Fowler to act in lieu of the U.S. Marshal in Tacoma for the sole purpose of serving a warrant of arrest and related papers, as necessary, unto the M/V PRASLIN current at the Port of Tacoma, consistent with Orders signed by this judge authorizing such arrest. This motion is based on the information received this morning, as recited in the attached Declaration of John E. Casperson, undersigned counsel for Plaintiff

**MOTION FOR ORDER DEPUTIZING BUCK FOWLER TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WARRANT OF ATTACHMENT OF BUNKERS ABOARD THE PRASLIN - 1**
No. 3:19-cv-05596-RBL

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. in this action, that the U.S. Marshal have advised that they are unable to serve papers in a prompt manner due to other responsibilities.

2. The Civil Rules authorize the appointment of "someone specially appointed by the court" to serve process. See Supp. R. B(1)(d)(ii)(C). In light of the exigent circumstances, Plaintiff seeks the appointment of a specially appointed person to serve the Master of the PRASLIN. This Court previously made such an appointment in CHEMOIL CORP. v. M/V DARYA ISHNU, Case No. 3:13-cv-5494-RBL, see Order of June 21, 2013, docket 17.

3. As indicated in the attached Declaration, the proposed deputy is an experienced marine vessel custodian who has served in this capacity before. His experience and credentials are set forth more fully in this Certification filed at Docket 7.

DATED this 1st day of July, 2019, at Seattle, Washington.

HOLMES WEDDLE & BARCOTT, PC

  s/ John E. Casperson
John E. Casperson, WSBA No. 14292
999 Third Avenue, Suite 2600
Seattle, WA 98104-4011
Phone: 206-292-8008
Email: jcasperson@hwb-law.com
Attorneys for Plaintiff

MOTION FOR ORDER DEPUTIZING BUCK FOWLER TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WARRANT OF ATTACHMENT OF BUNKERS ABOARD THE PRASLIN - 2
No. 3:19-cv-05596-RBL

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289